UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Case No. 8:08-bk-15987-CED
                                                    Chapter 13

Michael F Wilinski
12510 Stagecoach Lane
Hudson, FL 34667




_____Debtor*_____/

ORDER GRANTING MOTION FOR
PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing, upon the Motion for Payment of Unclaimed Funds ("Motion"). The Motion was filed on July 1, 2010 by Pedro B. Leon c/o Pedro W. Rodriguez, P.A. . The Court having reviewed the record and being advised by the Financial Administrator finds that the sum of $ 9,820.81 has been deposited in the Registry of the Court and that the Motion should be granted.

Accordingly, it is

**ORDERED** that the Motion for Payment of Unclaimed Funds filed by Pedro B. Leon c/o Pedro W. Rodriguez, P.A. is granted. The Clerk of Court for the United States Bankruptcy Court shall pay the unclaimed funds in the total amount of $ 9,820.81 to the order of:
Pedro B. Leon
c/o Pedro W. Rodriguez, P.A.
607A West Martin Luther King, Jr. Blvd
Tampa, FL 33603

**DONE AND ORDERED** in Chambers at Tampa, Florida on October 05, 2010

Caryl E. Delano
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.